PETER S. DICKINSON (Bar No. 139495)
pdickinson@bushgottlieb.com
DAVID AHDOOT (Bar No. 245133)
dahdoot@bushgottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON, A Law Corporation
3500 West Olive Avenue, Suite 1100
Burbank, California 91505-4657
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Defendant ROBERT F. KENNEDY
FARM WORKERS MEDICAL PLAN

ORIGINAL
FILED
08 APR 24 PM 4:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

'08 CV 0747 WQH CAB

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEERS MEMORIAL HEALTHCARE DISTRICT, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN, a California health plan; and DOES 1 through 12, inclusive,<br><br>Defendants. | Case No.<br><br>Superior Court Case No. ECU04190<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Local Rule 7.1-1] |

The undersigned, counsel specially appearing for Defendant ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN ("RFK Plan") certify that they are unaware of any non-party that has a direct, pecuniary interest in the outcome of this case.

///
///

1  These representations are made to enable the court to evaluate possible
2  disqualification or recusal.

4  DATED: April 23, 2008

PETER S. DICKINSON
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation

By _____
Peter S. Dickinson
Attorneys for Defendant RFK Plan

117829.1  11970-15006

2

CERTIFICATION AS TO INTERESTED PARTIES
Case No. ECU04190

**PROOF OF SERVICE**
1013a(3) CODE OF CIVIL PROCEDURE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3500 West Olive Avenue, Suite 1100, Burbank, California 91505.

On April 23, 2007, I served the foregoing document described as **NOTICE REMOVAL OF ACTION; CERTIFICATION AS TO INTERESTED PARTIES; CIVIL CASE COVER SHEET** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Karlene Rogers-Aberman
Stephenson, Acquisto & Colman
303 North Glenoaks Blvd., Suite 700
Burbank, CA 91502
(818) 559-4477
(818) 559-5484 FAX

☒ **BY MAIL:** I caused such envelope to be deposited in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.

☐ **BY FACSIMILE:** By transmitting from my business address a true copy thereof from sending facsimile machine (818) 559-6473 addressed to each party at its facsimile telephone number set forth on the service list.

☐ **BY NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to the U.S. District Court – Central District of California Electronic Case Management Order (General Order 08-02, L.R. 5-3.3), I submitted an electronic version of the above-referenced documents via portable document format file transfer protocol through the CM/ECF of the United States District Court – Central District of California webpage and received a Notice of Electronic Filing that the documents were served to the e-mail address(es) stated above.

☐ **BY FEDERAL EXPRESS:** I served the foregoing document by Federal Express by placing true copies of the foregoing document in sealed envelopes addressed to each interested party as set forth above.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

☐ **(State)** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

JOAN M. SILVER
Type or Print Name                        Signature

117851.1