PETER S. DICKINSON (Bar No. 139495)
pdickinson@bushquinonez.com
DAVID AHDOOT (Bar No. 245133)
dahdoot@bushquinonez.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
3500 West Olive Avenue, Suite 1100
Burbank, California 91505-4657
Telephone:  (818) 973-3200
Facsimile:   (818) 973-3201

Attorneys for Defendant ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEERS MEMORIAL HEALTHCARE DISTRICT, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN, a California health plan; and DOES 1 through 12, inclusive,<br><br>Defendants.<br>_____ | Case No.  08 CV 0747 WQH (CAB)<br><br>**DEFENDANT ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Honorable William Q. Hayes<br><br>Date: June 2, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**PLEASE TAKE NOTICE** that Defendant Robert F. Kennedy Farm Workers Medical Plan's Motion to Dismiss Complaint is scheduled for June 2, 2008, at 11:00 a.m. before the Honorable William Q. Hayes, in Courtroom 4, United States District Court, Southern District of California, 880 Front Street, San Diego, California. Defendant will move this Court for an order dismissing the complaint with prejudice based on ERISA preemption of state law and its failure to state a cause of action on which relief may be granted. In accordance with Civil Local Rule 7.1(d)(1), the Court

117970.1  11970-15006

1  may resolve motions on the papers and without oral argument.  This serves as notice
2  to the parties that personal appearances will not be required at the hearing.  If the
3  Court decides to hear oral argument, the Court will contact the parties to schedule a
4  time.

5  The Motion will be made pursuant to Fed. Rules of Civ. Procedure Rules 12(b)(1)
6  and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Plaintiff
7  failed to state a claim.

8  This Motion is based on this Notice, the Memorandum of Points and Authorities,
9  Declaration of Peter S. Dickinson and Declaration of Richard Vera filed herewith, and
10 all the pleadings and documents on file with this court.

12 DATED: April 29, 2008        PETER S. DICKINSON
                                BUSH GOTTLIEB SINGER LÓPEZ
13                              KOHANSKI ADELSTEIN & DICKINSON
                                A Law Corporation

16                          By    s/Peter S. Dickinson
                                  Attorneys for Defendant RFK Plan
                                  E-mail: pdickinson@bushgottlieb.com

117970.1  11970-15006

NOTICE OF MOTION AND MOTION
Case No.  08 CV 0747 WQH (CAB)

2

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
3500 West Olive Avenue, Suite 1100
Burbank, California 91505-4657