PETER S. DICKINSON (Bar No. 139495)
pdickinson@bushgottlieb.com
DAVID AHDOOT (Bar No. 245133)
dahdoot@bushgottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON, A Law Corporation
3500 West Olive Avenue, Suite 1100
Burbank, California 91505-4657
Telephone:  (818) 973-3200
Facsimile:   (818) 973-3201

Attorneys for Defendant ROBERT F. KENNEDY
FARM WORKERS MEDICAL PLAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEERS MEMORIAL HEALTHCARE DISTRICT, a California nonprofit corporation,<br><br>             Plaintiff,<br>v.<br>ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN, a California health plan; and DOES 1 through 12, inclusive,<br><br>             Defendants.<br>_____ | Case No.  08 CV 0747 WQH (CAB)<br><br>**DECLARATION OF PETER S. DICKINSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Honorable William Q. Hayes<br><br>Date: June 2, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Peter S. Dickinson, do hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the District Court and a partner in the law firm of Bush Gottlieb et al., counsel of record for Defendant Robert F. Kennedy Farm Workers Medical Plan, and submit this Declaration in support of the Defendant's Motion to Dismiss Complaint. If called as a witness, I could and would testify to the following of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of my letter dated

1  November 4, 2005 which I sent to counsel for Plaintiffs.  I did not receive a response.

2     3.   Attached hereto as Exhibit B is the Court's July 3, 2007 decision in Fresno Community Hospital v. Souza, United States District Court for the Eastern District of California, Case No. 07 CV 0325 LJO denying Plaintiffs' Motion to Remand.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 30th day of April, 2008.

      By:   s/Peter S. Dickinson, Declarant
            Attorneys for Defendant RFK Plan
            E-mail: pdickinson@bushgottlieb.com

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
3500 West Olive Avenue, Suite 1100
Burbank, California 91505-4657

117900.1   11970-15006

2

Case No.  08 CV 0747 WQH (CAB)
DECLARATION OF PETER S. DICKINSON