**PROOF OF SERVICE**
1013a(3) CODE OF CIVIL PROCEDURE

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3500 West Olive Avenue, Suite 1100, Burbank, California 91505.

On May 23, 2008, I served the foregoing document described as **DEFENDANT'S REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Joy Y. Stephenson
Stephenson, Acquisto & Colman
303 North Glenoaks Blvd., Suite 700
Burbank, CA 91502
(818) 559-4477
(818) 559-5484 FAX

☒ BY MAIL: I caused such envelope to be deposited in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.

☐ BY FACSIMILE: By transmitting from my business address a true copy thereof from sending facsimile machine (818) 559-6473 addressed to each party at its facsimile telephone number set forth on the service list.

☐ BY NOTICE OF ELECTRONIC FILING (NEF): Pursuant to the U.S. District Court – Central District of California Electronic Case Management Order (General Order 08-02, L.R. 5-3.3), I submitted an electronic version of the above-referenced documents via portable document format file transfer protocol through the CM/ECF of the United States District Court – Central District of California webpage and received a Notice of Electronic Filing that the documents were served to the e-mail address(es) stated above.

☐ BY FEDERAL EXPRESS: I served the foregoing document by Federal Express by placing true copies of the foregoing document in sealed envelopes addressed to each interested party as set forth above.

☐ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee.

☐ **(State)** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

JOAN M. SILVER                          _Joan M. Silver_
Type or Print Name                      Signature

117851.1