PETER S. DICKINSON (Bar No. 139495)
pdickinson@bushgottlieb.com
DAVID AHDOOT (Bar No. 245133)
dahdoot@bushgottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON, A Law Corporation
500 N. Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Defendant ROBERT F. KENNEDY
FARM WORKERS MEDICAL PLAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEERS MEMORIAL HEALTHCARE DISTRICT, a California nonprofit corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN, a California health plan; and DOES 1 through 12, inclusive,<br>　　　　　Defendants.<br>_____ | Case No. 08 CV 0747 WQH (CAB)<br><br>The Honorable William Q. Hayes<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** that, effective June 2, 2008, Bush Gottlieb Singer López Kohanski Adelstein & Dickinson has moved its offices.

The new address is as follows: 500 North Central Avenue, Suite 800, Glendale, CA 91203-3905. The telephone and facsimile numbers remain unchanged.

DATED: June 10, 2008　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BUSH GOTTLIEB SINGER LÓPEZ
　　　　　　　　　　　　　　　　KOHANSKI ADELSTEIN & DICKINSON
　　　　　　　　　　　　　　　　A Law Corporation

　　　　　　　　　　　　　　　　By: **//s/ Peter S. Dickinson SB 139495**
　　　　　　　　　　　　　　　　　　Peter S. Dickinson, Attorneys for ROBERT
　　　　　　　　　　　　　　　　　　F. KENNEDY FARM WORKERS
　　　　　　　　　　　　　　　　　　MEDICAL PLAN
　　　　　　　　　　　　　　　　　　pdickinson@bushgottlieb.com

118675.1  11970-15006