PETER S. DICKINSON (Bar No. 139495)
pdickinson@bushgottlieb.com
ANJETTA MCQUEEN (Bar No. 256571)
amcqueen@bushgottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON, A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Defendant ROBERT F. KENNEDY
FARM WORKERS MEDICAL PLAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEERS MEMORIAL HEALTHCARE DISTRICT, a California nonprofit corporation,<br><br>           Plaintiff,<br>     v.<br>ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN, a California health plan; and DOES 1 through 12, inclusive,<br><br>           Defendants.<br>_____ | Case No. 08 CV 0747 WQH CAB<br><br>**DECLARATION OF RICHARD VERA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO REMAND THE ACTION**<br><br>Honorable William Q. Hayes<br><br>Date: July 7, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Richard Vera, do hereby declare as follows:

1. I am the Administrator for the Robert F. Kennedy Farm Workers Medical Plan, Defendant in the above captioned matter and submit this Declaration in support of the Defendant's Motion to Dismiss Complaint. If called as a witness, I could and would testify to the following of my own personal knowledge.

2. As the Administrator, I am responsible for overseeing the everyday administration of the RFK Plan, reviewing claims for benefits, determining benefits, reviewing contributions, and reporting to the Plan's trustees regarding these matters. The RFK Plan

serves participants represented by the United Farm Workers ("UFW").  The Plan is a separate legal entity from the UFW. The Plan is a multiemployer health plans governed by a Board of Trustees, half of whom are appointed by the agricultural signatories of the UFW collective bargaining agreements, and half of whom are appointed by UFW.  The Plan, like most multiemployer plans is controlled by ERISA and funded by contributions from grower employers that are required by the terms of the collective bargaining agreements but which do not establish the level of benefits, and do not establish who will be eligible for benefits.  The Trustees do not engage in membership or representational duties, bargain agreements or engage in grievance resolution, all of which are exclusively reserved to UFW.

3. The administrative office of the Plan, of which I am the custodian of records, maintains files for each employer who signed a labor agreement with UFW, and participant files. Plan benefits are described by a document called a Summary Plan Description ["SPD"].  An excerpt of the Health Plan SPD is attached hereto as Exhibit A.  The SPD sets forth eligibility requirements for receiving benefits, describes those benefits covered as well as the benefits excluded from coverage, sets forth the procedures to be followed for obtaining benefits, and set forth various limitations and conditions on the receipt of benefits including, among other things, an annual payable medical expenses cap of $70,000. [SPD Excerpt, pp 34-35]

4. The RFK Plan contracted with CCN whereby CCN hospitals would provide discounted rates for medical services as set forth in CCN's contracts with the providers.  However, any payments for such services are subject to the limitations and conditions set forth in the RFK Plan SPD.  CCN does not provide the ERISA Plans such as RFK Plan with copies of its provider contracts, nor does it require ERISA Plans to agree to the rates set forth in its provider contracts.  Attached hereto as Exhibit B are excerpts from the CCN Payor Base Agreement.  There is no contract between the RFK Plan and Plaintiff Pioneer Memorial Healthcare District.

5. The office of the Plan is located in Keene, Kern County, California, which is in the Eastern District of California. All documents relating to the Plan, its participants and

1 beneficiaries are located in these offices.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 20th day of June, 2008.

_____
Richard Vera, Declarant