BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 N. Central Avenue, Suite 800
Glendale, California 91203-3345

1  PETER S. DICKINSON (Bar No. 139495)
   pdickinson@bushgottlieb.com

2  DAVID AHDOOT (Bar No. 245133)
   dahdoot@bushgottlieb.com

3  BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
   ADELSTEIN & DICKINSON, A Law Corporation

4  500 N. Central Avenue, Suite 800
   Glendale, California 91203-3345

5  Telephone:  (818) 973-3200
   Facsimile:   (818) 973-3201

6

7  Attorneys for Defendant ROBERT F. KENNEDY
   FARM WORKERS MEDICAL PLAN

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| 10 | PIONEERS MEMORIAL HEALTHCARE DISTRICT, a California nonprofit corporation, | ) ) ) | Case No. 08 CV 0747 WQH (CAB) |
|---|---|---|---|
| 11 | | ) ) | |
| 12 | Plaintiff, | ) ) | The Honorable William Q. Hayes |
| 13 | v. | ) ) | PROOF OF SERVICE OF DEFENDANT'S RESPONSE IN OPPOSITION OF MOTION TO |
| 14 | ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN, a California health plan; and DOES 1 through 12, inclusive, | ) ) ) ) | REMAND ACTION and DECLARATION OF RICHARD VERA IN SUPPORT THEREOF |
| 15 | | ) ) | |
| 16 | Defendants. | ) ) | |
| | _____ | ) | |

17

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28

118961.1  11970-15006                                          Case No. 08 CV 0747 WQH (CAB)

**PROOF OF SERVICE**
1013a(3) CODE OF CIVIL PROCEDURE

STATE OF CALIFORNIA     )
                          )   ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 500 N. Central Avenue, Suite 800, Glendale, California 91203.

      On June 23, 2008, I served the foregoing document described as **DEFENDANT'S RESPONSE IN OPPOSITION TO MOTION TO REMAND ACTION; DECLARATION OF RICHARD VERA IN SUPPORT OF OPPOSITION** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Karlene J. Rogers-Aberman
Stephenson, Acquisto & Colman
303 North Glenoaks Blvd., Suite 700
Burbank, CA 91502
(818) 559-4477
(818) 559-5484 FAX
kaberman@sacfirmonline.com

☐     BY MAIL: I caused such envelope to be deposited in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.

☐     BY FACSIMILE: By transmitting from my business address a true copy thereof from sending facsimile machine (818) 559-6473 addressed to each party at its facsimile telephone number set forth on the service list.

☒     BY NOTICE OF ELECTRONIC FILING (NEF): Pursuant to the U.S. District Court – Southern District of California Electronic Case Management Order (Section 2: d.), I submitted an electronic version of the above-referenced documents via portable document format file transfer protocol through the CM/ECF of the United States District Court – Southern District of California webpage and received a Notice of Electronic Filing that the documents were served to the e-mail address(es) stated above.

☐     BY FEDERAL EXPRESS: I served the foregoing document by Federal Express by placing true copies of the foregoing document in sealed envelopes addressed to each interested party as set forth above.

☐     BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee.

☐     **(State)**     I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

☒     **(Federal)**     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

JOAN M. SILVER
Type or Print Name

Signature

117851.1